# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135117(81)

GENERAL MOTORS CORPORATION,
      Plaintiff-Appellee,

v

ALUMI-BUNK, INC., and ERIC JAIN,
      Defendants-Appellants.

_____

SC: 135117
COA: 270430
Wayne CC: 04-422587-CB

On order of the Chief Justice, the motion by plaintiff –appellee for extension of the time for filing their brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2008

Corbin R. Davis
Clerk